# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

AXIALL CORPORATION, EAGLE
SPINCO, INC. AND EAGLE US 2,
LLC

VERSUS

SIEMENS INDUSTRY, INC.

NO.   2021 CW 1314

**JAN 2 6 2022**

---

In Re:   Siemens  Industry,  Inc.,  applying  for  supervisory
writs,  19th  Judicial  District  Court,  Parish  of  East
Baton Rouge, No. 647,240.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

**JMG**
**WRC**

**Holdridge, J.,** concurs.  Under La. Code Civ. P. art. 561, a
motion to dismiss an action based on abandonment is an ex parte
motion with a supporting affidavit.  In this case, the trial
court appeared to not follow the correct procedure and set the
matter for a contradictory hearing. Under Article 561, the court
should either sign the judgment of dismissal (that would allow
the opposing party to file a motion to set aside the dismissal)
or deny the motion.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT